IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-13-533 |
| | § | |
| DON JEROME SHEPHERD | § | |

# O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No. 21). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | November 20, 2014 |
| Responses are to be filed by: | December 3, 2014 |
| Pretrial conference is reset to: | **December 8, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **December 15, 2014 at 9:00 a.m.** |

SIGNED on October 21, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge